Edwards asserts that the final judgment lists the wrong party as the respondent. The error is clerical and did not affect the substance of the court's denial of Edwards's habeas application. The matter is REMANDED to the district court for the limited purpose of correcting the caption on the final judgment issued March 26, 2004. *See* FED.R.CIV.P. 60(a); FED.R.CIV.P. 61.

AFFIRMED; MOTION DENIED; REMANDED FOR CORRECTION OF CLERICAL ERROR.

Carl HOOPER, Plaintiff–Appellant,

v.

UNITED STATES of America, et al., Defendants,

Lockheed Martin Space Systems Company, formerly known as Lockheed Martin Michoud Space Systems, Defendant–Appellee.

No. 03–31081.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 16, 2004.

Chris D'Amour, Couhig Partners, New Orleans, LA, for Plaintiff–Appellant.

Michael Thomas Tusa, Jr., McCranie, Sistrunk, Anzelmo Hardy, Maxwell &

McDaniel, Metairie, LA, for Defendant–Appellee.

Before BARKSDALE, GARZA, and DeMOSS, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6

Lal RAM MUANA, Petitioner,

v.

John ASHCROFT, U.S. Attorney General, Respondent.

No. 04–60222.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 16, 2004.

Paul S. Zoltan, Law Office of Paul S. Zoltan, Dallas, TX, for Petitioner.

John Ashcroft, U.S. Department of Justice, Washington, DC, pro se.

Thomas Ward Hussey, Director, Linda Susan Wendtland, John S. Hogan, U.S. Department of Justice, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.